MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3697
   Fax: (510) 637-3724
   E-Mail: Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00118 YGR |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO VACATE |
| ) | STATUS HEARING, SET MOTIONS |
| v. ) | SCHEDULE AND HEARING, AND |
| ) | EXCLUDE TIME UNDER THE SPEEDY |
| VONTINO ALEXANDER, ) | TRIAL ACT **AND ORDER** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

The above-captioned matter is currently set for a change of plea or motions setting on October 25, 2012. The parties have conferred and the defendant plans to file a motion to suppress the search of the apartment where the gun and marijuana were found, from which defendant's charges arise. The parties propose herein the following briefing and motions hearing schedule:

| | |
|---|---|
| Defense Motion Deadline | November 8, 2012 |
| Government Response Deadline | November 23, 2012 |
| Defense Reply Deadline | November 30, 2012 |
| Motions Hearing | December 6, 2012, at 3:00 p.m. |

1   The parties further stipulate and request an exclusion of time under the Speedy Trial Act
2   between October 25, 2012 and November 8, 2012, the defendant's motion deadline.  Time is
3   appropriately excluded under the Speedy Trial Act between October 25, 2012, and November 8,
4   2012, for effective preparation of defense counsel while the defense conducts necessary legal
5   research related to its motions filing. 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

Date: October 24, 2012   /s/ Brigid S. Martin
Brigid S. Martin
Assistant United States Attorney

Date: October 24, 2012   /s/ Jerome Matthews
Jerome Matthews
Assistant Federal Public Defender
Counsel for Vontino Alexander

STIP. REQ. TO VACATE HEARING, SET MOTIONS
HEARING, AND EXCLUDE TIME
No. CR 12- 00118  YGR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00118 YGR |
| Plaintiff, ) | ORDER VACATING HEARING, SETTING MOTIONS SCHEDULE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| VONTINO ALEXANDER, ) | |
| Defendant. ) | |

The parties jointly requested that the October 25, 2012 hearing in the above-captioned case be vacated and that the Court set a motions schedule as proposed by the parties. The parties also requested that time be excluded under the Speedy Trial Act between October 25, 2012, and November 8, 2012, for defense to conduct legal research to prepare its motions. The Court grants the parties' requests and therefore,

**IT IS HEREBY ORDERED** that the October 25, 2012 hearing is VACATED, and the parties shall comply with the following briefing schedule:

| | |
|---|---|
| Defense Motion Deadline | November 8, 2012 |
| Government Response Deadline | November 23, 2012 |

STIP. REQ. TO VACATE HEARING, SET MOTIONS
HEARING, AND EXCLUDE TIME
No. CR 12- 00118  YGR

| | |
|---|---|
| Defense Reply Deadline | November 30, 2012 |
| Motions Hearing | December 6, 2012, at 3:00 p.m. |

**IT IS FURTHER ORDERED** that based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between October 25, 2012, and November 8, 2012, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between October 25, 2012, and November 8, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between October 25, 2012, and November 8, 2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: October 24, 2012

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

STIP. REQ. TO VACATE HEARING, SET MOTIONS
HEARING, AND EXCLUDE TIME
No. CR 12- 00118  YGR