STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant VONTINO ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12 00118 YGR [KAW] |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER MODIFYING RELEASE |
| vs. | ) | CONDITIONS |
| | ) | |
| VONTINO ALEXANDER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Vontino Alexander is out of custody, residing with his father, and fully compliant with his release conditions. Mr Alexander's aunt, Darlene Alexander, recently died. Her funeral is scheduled for Monday, 4 March 2013, at 1:00 p.m. at Whitted & Williams Funeral Home, 5500 Foothill Boulevard, Oakland, California. The family has requested that Mr Alexander be a pallbearer of his aunt's casket.

   Mr Alexander's curfew requires that he stay at his father's home when he is not attending school.

   IT IS THEREFORE STIPULATED AND AGREED that the conditions of Mr

1

Alexander's pretrial release are modified to permit him to attend his aunt's funeral at the above-stated location on 4 March 2013, and that for purposes of this event he be permitted to leave his father's residence no earlier than 12:00 p.m. and return to his father's residence no later than 4:00 p.m.  Mr Alexander shall continue to abide by existing conditions of his release, and by such conditions as Pretrial Services deems appropriate.

Date: 27 February 2013             _____/s/_____
                                    BRIGID MARTIN
                                    Assistant United States Attorney

Date: 27 February 2013             _____/s/_____
                                    JEROME E. MATTHEWS
                                    Assistant Federal Public Defender

Date: 27 February 2013             _____/s/_____
                                    VICTORIA GIBSON
                                    United States Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Vontino Alexander's pretrial release are modified to permit him to attend his aunt's funeral at the above-stated location on 4 March 2013, and that for purposes of this event he be permitted to leave his father's residence no earlier than 12:00 p.m. and return to his father's residence no later than 4:00 p.m.  Mr Alexander shall continue to abide by existing conditions of his release, and by such conditions as Pretrial Services deems appropriate.

Dated: February 28, 2013           _____
                                    KANDIS A. WESTMORE
                                    United States Magistrate Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

3