1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant VONTINO ALEXANDER
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. CR-12 00118 YGR [KAW]
                                   )
12              Plaintiff,         )   STIPULATION AND [PROPOSED]
                                   )   ORDER MODIFYING RELEASE
13 vs.                             )   CONDITIONS
                                   )
14 VONTINO ALEXANDER,              )
                                   )
15              Defendant.         )
   _____)
16

17
       Vontino Alexander was released from custody to a halfway house on 9 August 2012.  On
18
   19 September 2012, he was released from the halfway house.  Since that time he has been
19
   subject to home detention while residing with his father, and is permitted to leave his father's
20
   residence  for school, job searching, court appearances and appointments with defense counsel.
21
   He is compliant with his release conditions.  Mr Alexander wishes to expand the scope of
22
   permitted activities outside his father's residence, and for that reason requests that a curfew be
23
   set with hours to be determined by Pretrial Services.
24
       IT IS THEREFORE STIPULATED AND AGREED that the conditions of Mr
25
   Alexander's pretrial release are modified to permit Pretrial Services to set the hours for a curfew,
26

1

1  with location monitoring.  Mr Alexander shall continue to abide by other existing conditions of
2  his release, and by such conditions as Pretrial Services deems appropriate.

3
4                                                        /s/
   Date: 9 April 2013                          _____
5                                              BRIGID MARTIN
                                               Assistant United States Attorney
6
7                                                        /s/
8  Date: 9 April 2013                          _____
                                               JEROME E. MATTHEWS
9                                              Assistant Federal Public Defender
10
11                                                       /s/
12 Date: 9 April 2013                          _____
                                               VICTORIA GIBSON
13                                             United States Pretrial Services Officer
14
15     Good cause appearing therefor, IT IS ORDERED that the conditions of Vontino
16 Alexander's pretrial release are modified to permit Pretrial Services to set the hours for a curfew,
17 with location monitoring.  Mr Alexander shall continue to abide by other existing conditions of
18 his release, and by such conditions as Pretrial Services deems appropriate.
19
20 Dated: April 10, 2013                        _____
                                               KANDIS A. WESTMORE
21                                             United States Magistrate Judge