MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail:   Brigid.Martin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 12-00118 YGR |
|---|---|
| | ) |
| | ) NOTICE OF DISMISSAL |
| v. | ) AND ORDER |
| | ) |
| VONTINO ALEXANDER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment returned against this defendant in the above-captioned matter without prejudice. The defendant is not

//

NOTICE OF DISMISSAL
No. CR 12-00118 YGR

currently in custody.

DATED: ___August 30___, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
J. DOUGLAS WILSON
Chief, Criminal Division

[~~PROPOSED~~] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice the above-captioned Indictment.

DATED: August 30, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

NOTICE OF DISMISSAL
No. CR 12-00118 YGR